UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.:15cv81516 DMM

SHAWN CONBOY,

        Plaintiff,

vs.

SETH PERRIN, in his Individual Capacity;
RONALD CERCY, in his Individual Capacity;
ROBERT STEPHAN, in his Individual Capacity; and
PALM BEACH COUNTY SHERIFF'S OFFICE
[Ric L. Bradshaw, in his capacity as Sheriff
of Palm Beach County, Florida],

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, SHAWN CONBOY, and Defendants SETH PERRIN, in his Individual Capacity; RONALD CERCY, in his Individual Capacity; ROBERT STEPHAN, in his Individual Capacity; and PALM BEACH COUNTY SHERIFF'S OFFICE [Ric L. Bradshaw, in his capacity as Sheriff of Palm Beach County, Florida], (the "Parties), by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within twenty (20) days and should not be required to file any further responses, motions, and/or pleadings.

Respectfully submitted this 6th day of June, 2016.

| | |
|---|---|
| **KAPLAN SCONZO & PARKER, P.A.** | **KELLEY KRONENBERG** |
| 3399 PGA Boulevard, Suite 150 | 8201 Peters Road, Suite 4000 |
| Palm Beach Gardens, Florida 33410 | Fort Lauderdale, Florida 33324 |
| Telephone: (561) 296-7900 | Office 954. 370.9970 |
| Facsimile: (561) 296-7919 | Facsimile: 954/333-3763 |
| | |
| By: **/s/ Stuart N. Kaplan** | By: **DANIEL L. LOSEY** |
| STUART N. KAPLAN, ESQUIRE | DANIEL L. LOSEY, ESQ., |
| Florida Bar No.: 0647934 | Florida Bar No.: 64092 |
| skaplan@ksplaw.com | dlosey@kelleykronenberg.com |