UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.:15cv81516 DMM

SHAWN CONBOY,

       Plaintiff,

vs.

SETH PERRIN, in his Individual Capacity;
RONALD CERCY, in his Individual Capacity;
ROBERT STEPHAN, in his Individual Capacity; and
PALM BEACH COUNTY SHERIFF'S OFFICE
[Ric L. Bradshaw, in his capacity as Sheriff
of Palm Beach County, Florida],

       Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, SHAWN CONBOY, and the Defendants, SETH PERRIN, in his Individual Capacity; RONALD CERCY, in his Individual Capacity; ROBERT STEPHAN, in his Individual Capacity; and PALM BEACH COUNTY SHERIFF'S OFFICE [Ric L. Bradshaw, in his capacity as Sheriff of Palm Beach County, Florida], and their respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, file this their Stipulation of Dismissal with Prejudice, with each party to bear their own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 8th day of June, 2016.

| | |
|---|---|
| **KAPLAN SCONZO & PARKER, P.A.** | **KELLEY KRONENBERG** |
| 3399 PGA Boulevard, Suite 150 | 8201 Peters Road \| Suite 4000 |
| Palm Beach Gardens, Florida 33410 | Fort Lauderdale \| FL 33324 |
| Telephone: (561) 296-7900 | 954. 370.9970 \|Office |
| Facsimile: (561) 296-7919 | 954. 333.3763 \|Fax |
| | |
| By: **/s/ Stuart N. Kaplan** | **By: Daniel L. Losey** |
| STUART N. KAPLAN, ESQUIRE | DANIEL L. LOSEY, ESQ., |
| Florida Bar No.: 0647934 | Florida Bar No.: 64092 |
| skaplan@ksplaw.com | dlosey@kelleykronenberg.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.:15cv81516 DMM

SHAWN CONBOY,

       Plaintiff,

vs.

SETH PERRIN, in his Individual Capacity;
RONALD CERCY, in his Individual Capacity;
ROBERT STEPHAN, in his Individual Capacity; and
PALM BEACH COUNTY SHERIFF'S OFFICE
[Ric L. Bradshaw, in his capacity as Sheriff
of Palm Beach County, Florida],

       Defendants.
_____/

**ORDER OF DISMISSAL**

IN CONSIDERATION of the foregoing Stipulation, it is:

ORDERED AND ADJUDGED that the above case be hereby dismissed with prejudice and each party to bear their own costs and attorney's fees, all liens and subrogated interests are to be paid by the Plaintiff from of the proceeds of the settlement herein.

DONE AND ORDERED in Chambers, West Palm Beach, Palm Beach County, Florida this _____ day of _____, 2016.

                                                _____
                                                HONORABLE DONALD MIDDLEBROOKS

Copies Furnished:
Stuart N. Kaplan, Esq., [skaplan@ksplaw.com]
Daniel Losey, Esq., [dlosey@kelleykronenberg.com]